**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**AT CINCINNATI**

| | | |
|---|---|---|
| ROOFING FOR TROOPS LLC AND | § | |
| EUGENE JOSEPH HASKAMP, | § | |
|   Plaintiffs, | § | |
| | § | Case No 1:26-cv-00320-DRC |
| vs. | § | |
| | § | |
| REGIONAL ADJUSTMENT BUREAU, | § | |
| INCORPORATED (D/B/A RBA, INC.), | § | |
| RAB, INC. (AKA RABTX), RENEE | § | |
| BARKER, TY ROBINSON, CA REPAIR | § | |
| AND ROOFING, LLC | § | |
|   Defendants. | § | |

**DEFENDANTS RAB, INC., RENEE BARKER, AND TY ROBINSON'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO**
**COMPLAINT**

Now come Defendants RAB, Inc., Renee Barker, and Ty Robinson ("RAB Defendants")

and file this Unopposed Motion For Extension Of Time To File Response to Complaint as follows:

**I.**

1. Plaintiffs filed their Complaint on March 30, 2026. Doc. 1.

2. RAB Inc. was served on or around April 24, 2026, and RAB's response to Plaintiff's

Complaint is currently due May 15, 2026. Doc. 10.

3. Renee Barker was served on or around April 27, 2026, with a response to Plaintiff's

Complaint currently due May 18, 2026. Doc. 11.

4. Ty Robinson was served on or around April 21, 2026, with a response to Plaintiff's

Complaint due May 12, 2026. Doc. 12.

5. The RAB Defendants have retained counsel and are in the process of investigating this

matter as well as exploring potential early resolution of this matter.

6.      To allow the RAB Defendants sufficient time to complete said investigation, the RAB Defendants request an extension of thirty days from the earliest deadline, which is May 12, 2026, to file and serve Answers.

7.      This would make the new deadline June 11, 2026, for the RAB Defendants.

8.      Counsel for RAB has discussed this with counsel for Plaintiff, and Plaintiff is unopposed to the relief sought herein.

WHEREFORE, RAB Defendants respectfully request this Court grant this Unopposed Motion For Extension Of Time To File Response to Complaint and extend their response deadline to June 11, 2026.

Dated: May 13, 2026                    Respectfully Submitted,

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)
LAW OFFICE OF BOYD W. GENTRY, LLC
4031 Colonel Glenn Highway, First Floor
Dayton, OH 45431
Tel. 937.839.2881
bgentry@boydgentrylaw.com
Trial Attorney for Defendants RAB, Inc., Renee Barker, and Ty Robinson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served via the Court's ECF filing system and on May 13, 2026, to all counsel of record and to the following via U.S. Mail:

CA REPAIR AND ROOFING, LLC
12078 Hitchcock Drive
Cincinnati, OH 45240

/s/Boyd W. Gentry
Boyd W. Gentry (0071057)

2