**IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati**

**Roofing Troops, LLC, et al.,**

     Plaintiff(s).                             Case Number: 1:26-cv-320

     v.                                 Judge Douglas R. Cole

**Regional Adjustment Bureau, Inc., et al.,**

     Defendant(s).

### CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the Complaint and Summons to the Defendant(s). The requested service was sent by certified mail on June 15, 2026. Copies of the certified mail receipts are attached.

BY: <u>s/ K. VanDyke</u>
       Deputy Clerk

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$

1:26-CV-320

Sent To  Regional Adjustment Bureau

Street and Apt. No., or PO Box No.  7130 Goodlett Farms Parkway, Suite 100 W

City, State, ZIP+4®  Cordova, TN 38016

PS Form 3800, January 2023 PSN 7530-02-000-9047      See Reverse for Instructions