Docusign Envelope ID: 1D900846-B6DA-449D-A687-C7500943BE55

> **EXHIBIT 3**

# **Letter of Representation**

To whom it may concern:

Please be advised that your account has been referred over to RAB, Inc. for legal collection activity.  RAB, Inc. is in fact our representation in regard to the past due balance you have in our office.

RAB Inc. is authorized to accept payment, negotiate payment, sign documents, and settle accounts on our company's behalf. They are also to pursue any and all legal remedies with respect to the past due balance you have with our office. These may include but not limited to filing suit, contacting credit reference, vendors, and any landlords. They may also be responsible for filing mechanics/labor liens, perfection of any liens, and foreclosure on the properties or equipment involved if any.

Do not attempt to contact our office to resolve this matter.  Please direct all inquiries and payments directly to RAB at **(800) 580-0491** until your balance is paid in full.

Please direct all remittances to the address listed below until your balance is paid in full.

RAB, Inc.
4450 Sojourn Drive, Suite 300
Addison, TX 75001

Sincerely,

| | |
|---|---|
| _____ <br> (Signature) | Alexandre Coronao <br> _____ <br> (Name) |
| CA Repair and Roofing LLC <br> _____ <br> (Company Name) | Authorized Signer <br> _____ <br> (Title) |

| Date/Note | Job Site Address | Description | Amount |
|---|---|---|---|
| Dec 16 | ███████ Milford OH | Roof materials & work | $ 1,420.00 |
| Repair | ███████ Independence KY | Drywall repair | $ 600.00 |
| Dec 23 | ███████ Cincinnati OH | Remove slate roof / install shingles | $ 800.00 |
| Dec 19 | ███████ Walton KY | Large roofing job | $ 2,315.00 |
| Repair | ███████ Milford OH | Drywall repair | $ 650.00 |
| Dec 4 | ███████ Hillsboro, OH 45133 | Gutters & downspout | $ 960.00 |
| Dec 6 | ███████ Batavia, OH 45103 | Gutter & downspout | $ 160.00 |
| Repair | ███████ Batavia OH | Ceiling repair | $ 700.00 |
| Dec 1 | ███████ Batavia OH | Full drywall job | $ 4,500.00 |
| Dec 6 | ███████ Cincinnati OH | Gutter & downspout | $ 140.00 |
| Dec 17 | ███████ Milford, OH 45150 | Shingles / fascia / flashing | $ 750.00 |
| Dec 3 | ███████ Lebanon, OH | Gutters & downspouts | $ 1,380.00 |
| Dec 30 | ███████ Lebanon OH | Siding + material pickup | $ 640.00 |
| Jan | ███████ Cincinnati OH 45227 | Install heat cable | $ 300.00 |
| Dec 17 | ███████ Middletown OH | Remove chimney | $ 700.00 |
| Dec 1 | ███ Job | TPO work + trailer + materials | $ 4,200.00 |
| Adjustment | | Payment received 01/05/26 | $ (2,000.00) |
| Adjustment | | Payment received 02/10/26 | $ (2,500.00) |
| Balance Due | | QuickBooks balance owed-ORIGINAL REVERSED | $ 7,780.00 |
| | | **TOTAL** | **$ 23,495.00** |
| | | ACCUMULATED FEES | $5,873.75 |
| | | **GRAND TOTAL DUE** | **$ 29,368.75** |