EXHIBIT

5

## Michael J. Caligaris

**From:** rbarker@rabtx.com <rbarker@rabtx.com>
**Sent:** Wednesday, March 18, 2026 12:07 PM
**To:** John Antony <John@immigreenlaw.com>; jantony27@gmail.com <jantony27@gmail.com>
**Cc:** 'Joe Haskamp' <joe@roofsfortroops.life>; trobinson@rabtx.com <trobinson@rabtx.com>
**Subject:** In re Roofing for Troops

John,

I am in receipt of your email below.

Our client, CA Repair and Roofing, performed roofing services for Roofing for Troops on multiple properties in Ohio and Kentucky. To date, our client has not been paid for these services. As we were retained to file liens due to your client's non-payment, I contacted several property owners regarding our client's intent to file liens for the amounts owed.

While you may believe such communication is detrimental to your client, I respectfully disagree. Please provide the legal authority supporting your demand for a cease and desist in this matter. To my knowledge, no such authority exists. Property owners have a right to be informed that liens may be placed on their properties due to Roofing for Troops' non-payment, and applicable laws in both states require such notice. Accordingly, your cease and desist demand is not supported by law.

Following my eventual conversation with Joe, he agreed to a payment arrangement to resolve the outstanding balance. He was advised that, so long as he complied with the agreement, there would be no need to notify additional property owners. After that conversation, I followed up with the property owners I had previously contacted to confirm the status, and Joe was copied on those communications.

Your client is now in default of that agreement. The payment scheduled for today was declined. As a result, I will proceed with notifying the previously contacted property owners of the default and will also notify the remaining property owners accordingly. If your client processes the agreed payment today and continues to comply with the payment plan, further notice to the property owners will not be necessary.

1

As a courtesy, I have attached the email confirming the payment arrangement, as well as the communications sent to the property owners.

Please advise no later than 3:00 PM CST today, Wednesday, March 18, 2026, how your client intends to proceed with the repayment agreement. If your client elects not to proceed, the property owners will be notified of our client's rights and intent to file liens, in addition to pursuing legal action for the balance owed. Furthermore, if your client received insurance proceeds intended to cover our client's balance, those parties may also be notified.

Again, please confirm by 3:00 PM CST today whether your client will reissue the $4,000.00 payment due today and continue under the agreed payment plan. ·

Regards,

Rene Barker
469.925.0194

**From:** John Antony <John@immigreenlaw.com>
**Sent:** Tuesday, March 17, 2026 4:54 PM
**To:** rbarker@rabtx.com; trobinson@rabtx.com
**Cc:** joe@roofsfortroops.life
**Subject:** In re Roofing for Troops


Dear Ms. Barber and Mr. Robinson:


Please be advised that our office represents Roofing for Troops, LLC (the "Company") in connection with the matters referenced herein.

It has come to our attention that you have engaged in communications and actions concerning our client that are unauthorized, inaccurate, and potentially harmful to the Company's business relationships and reputation. Accordingly, you are hereby formally demanded to CEASE AND DESIST from any and all such conduct immediately.

Specifically, you are directed to refrain from any further communications, representations, or actions relating to Roofing for Troops, LLC that are not expressly authorized by law or supported by accurate and verifiable information.

Furthermore, within seven (7) days from the date of this letter, you are required to:

Correct the record by retracting any inaccurate or misleading statements made concerning our client; and Provide written confirmation to the undersigned, with supporting evidence, that you have notified all individuals and entities to whom such statements were made—including, but not limited to, customers, clients, and insurance companies—that your prior communications were incorrect.

We strongly encourage you to treat this matter with the seriousness it warrants.


Sincerely,


John Antony, Esq.

2

General Counsel for Roofing for Troops LLC

4727 Cornell Rd, Suite 1D

Blue Ash, OH 45241

Cell: (859) 992-7860

jantony27@gmail.com

john@immigreenlaw.com


**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information.  It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.

3

**From:** rbarker@rabtx.com <rbarker@rabtx.com>
**Sent:** Tuesday, March 24, 2026 1:17 PM
**To:** John Antony <John@immigreenlaw.com>; jantony27@gmail.com <jantony27@gmail.com>
**Subject:** RE: In re Roofing for Troops

John,

You have yet to respond to my email below and, in the interim, we have received a dispute from the credit card company for the payment of the $4000.00 that was authorized by Joe on 3/11/26. We will forward the call that captured the payment information and will also forward the email thread that confirmed the payments agreed to.

If I do not have a response from you by 12pmCST on Wednesday, 3/25/26, regarding the matter then I will not only reach back out to Roofing for Troops and Joe Haskamp directly, I will notify all property owners of the balances due and will have my client move forward with the filing of liens on properties.

I look forward to your timely response.

Rene Barker
469.925.0194

**From:** rbarker@rabtx.com <rbarker@rabtx.com>
**Sent:** Wednesday, March 18, 2026 11:08 AM
**To:** 'John Antony' <John@immigreenlaw.com>; 'jantony27@gmail.com' <jantony27@gmail.com>
**Cc:** 'Joe Haskamp' <joe@roofsfortroops.life>; 'trobinson@rabtx.com' <trobinson@rabtx.com>
**Subject:** In re Roofing for Troops

John,

I am in receipt of your email below.

Our client, CA Repair and Roofing, performed roofing services for Roofing for Troops on multiple properties in Ohio and Kentucky. To date, our client has not been paid for these services. As we were retained to file liens due to your client's non-payment, I contacted several property owners regarding our client's intent to file liens for the amounts owed.

While you may believe such communication is detrimental to your client, I respectfully disagree. Please provide the legal authority supporting your demand for a cease and desist in this matter. To my

1

knowledge, no such authority exists. Property owners have a right to be informed that liens may be placed on their properties due to Roofing for Troops' non-payment, and applicable laws in both states require such notice. Accordingly, your cease and desist demand is not supported by law.

Following my eventual conversation with Joe, he agreed to a payment arrangement to resolve the outstanding balance. He was advised that, so long as he complied with the agreement, there would be no need to notify additional property owners. After that conversation, I followed up with the property owners I had previously contacted to confirm the status, and Joe was copied on those communications.

Your client is now in default of that agreement. The payment scheduled for today was declined. As a result, I will proceed with notifying the previously contacted property owners of the default and will also notify the remaining property owners accordingly. If your client processes the agreed payment today and continues to comply with the payment plan, further notice to the property owners will not be necessary.

As a courtesy, I have attached the email confirming the payment arrangement, as well as the communications sent to the property owners.

Please advise no later than 3:00 PM CST today, Wednesday, March 18, 2026, how your client intends to proceed with the repayment agreement. If your client elects not to proceed, the property owners will be notified of our client's rights and intent to file liens, in addition to pursuing legal action for the balance owed. Furthermore, if your client received insurance proceeds intended to cover our client's balance, those parties may also be notified.

Again, please confirm by 3:00 PM CST today whether your client will reissue the $4,000.00 payment due today and continue under the agreed payment plan. ·

Regards,

Rene Barker
469.925.0194

**From:** John Antony <John@immigreenlaw.com>
**Sent:** Tuesday, March 17, 2026 4:54 PM
**To:** rbarker@rabtx.com; trobinson@rabtx.com
**Cc:** joe@roofsfortroops.life
**Subject:** In re Roofing for Troops


Dear Ms. Barber and Mr. Robinson:


Please be advised that our office represents Roofing for Troops, LLC (the "Company") in connection with the matters referenced herein.

It has come to our attention that you have engaged in communications and actions concerning our client that are unauthorized, inaccurate, and potentially harmful to the Company's business relationships and reputation. Accordingly, you are hereby formally demanded to CEASE AND DESIST from any and all such conduct immediately.

Specifically, you are directed to refrain from any further communications, representations, or actions relating to Roofing for Troops, LLC that are not expressly authorized by law or supported by accurate and verifiable information.

2

Furthermore, within seven (7) days from the date of this letter, you are required to:

Correct the record by retracting any inaccurate or misleading statements made concerning our client; and Provide written confirmation to the undersigned, with supporting evidence, that you have notified all individuals and entities to whom such statements were made—including, but not limited to, customers, clients, and insurance companies—that your prior communications were incorrect.

We strongly encourage you to treat this matter with the seriousness it warrants.


Sincerely,


John Antony, Esq.

General Counsel for Roofing for Troops LLC

4727 Cornell Rd, Suite 1D

Blue Ash, OH 45241

Cell: (859) 992-7860

jantony27@gmail.com

john@immigreenlaw.com


**\*\*\* Warning \*\*\* Attorney/Client Privilege \*\*\* Attorney Work Product \*\*\***
This communication and any attachments may contain confidential and/or sensitive attorney/client privileged information or attorney work product and/or law enforcement sensitive information.  It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.  Please notify the sender if this email has been misdirected and immediately destroy all originals and copies.  Furthermore do not print, copy, re-transmit, disseminate, or otherwise use this information.  Any disclosure of this communication or its attachments must be approved by the Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement.  This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 USC §§ 552(b)(5), (b)(7).

1:12         5G<sup>U</sup>



**+1 (469) 855-6611** ›



**Add to Contacts**
+1 (469) 855-6611

**Add**    ✕

iMessage
Today 1:09 PM

Your current actions toward your representation of Roofing for Troop further confirms why you were suspended in the past. You can't send a cease and desist on collections of a debt  without cause. Your client by admission and representation of payment further confirms the debt is valid. Your actions are borderline tort and I will be filing a grievance with the Ohio State Bar for bad negotiation.

+    iMessage

Case: 1:26-cv-00320-DRC Doc #: 20-5 Filed: 07/02/26 Page: 8 of 8 PAGEID #: 295

3:41

 24m

 27

**+1 (469) 855-6611** ›

Unknown - Mar 17, 2026 at 2:51 PM

00:00 ————○——————————————— -00:39

 Add Contact    Report Spam

## Transcript

Good afternoon Joe my name is Ty Robinson from represent CA repair roofing you're saying you've been in communication with Miss Renee Barto regarding unpaid invoices I'm trying to energize and see what I can do to try to get this matter worked out as smooth as possible without escalation of the matter hope you could give me a call back today my direct number is 972-353-0488 again that's 972-353-0488


Favorites


Recents


Contacts


Keypad

 18
Voicemail