UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

**Roofing for Troops, LLC et al,**

Plaintiffs,

Case Number: 1:26-cv-320

v.

Judge Douglas R. Cole

**Regional Adjustment Bureau, Inc. et al,**

Defendants.

## CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the Complaint and Summons to the Defendant(s)**.** The requested service was sent by certified mail on July 17, 2026. Copies of the certified mail receipts are attached.

BY: s/ J. Thompson
Deputy Clerk