9589 0710 5270 3841 4266 2

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postage
$

**Total Postage and Fees**
$

Postmark
Here

*Sent To*
*Street and A*
*City, State, Z*

REGIONAL ADJUSTMENT BUREAU,
OF TEXAS, INC. (REGIONAL ADJUSTMENT
BUREAU, INC.)
Registered Agent:
Corporation Service Company
50 West Broad Street, Suite 1330, C
Columbus, OH 43215

PS Form 38… January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 3841 4266 18

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $ ______
- ☐ Return Receipt (electronic) $ ______
- ☐ Certified Mail Restricted Delivery $ ______
- ☐ Adult Signature Required $ ______
- ☐ Adult Signature Restricted Delivery $ ______

Postmark Here

Postage
$

**Total Postage and Fees**
$

*Sent To* Regional Adjustment Bureau, Inc. (THE)

*Street and Apt. No., or PO Box No.* RA: Corporation Service Company

*City, State, ZIP+4®* 50 West Broad St, Suite 1330C, Columbus, OH 43215